## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA

DANNY GARZA,

    Plaintiff,

v.

CAPITAL ONE FINANCIAL CORP.,

    Defendant,

CASE NO.: 05-2024-CA-33653-XXCA-BC

## COMPLAINT

COMES NOW, the "Plaintiff", Danny Garza, Pro Se by and through undersigned counsel, and files this Complaint against the "Defendant", CAPITAL ONE FINANCIAL CORP., and alleges as follows:

1. PARTIES

1.1. Plaintiff, Danny Garza, is an individual residing in Brevard County, Florida, and is the holder of two credit card accounts with the Defendant.

1.2. Defendant, CAPITAL ONE FINANCIAL CORP., is a corporation registered and doing business in the State of Florida, with its principal place of business located at 1680 Capital One Drive, McLean, Virginia 22102-3491, United States

2. JURISDICTION AND VENUE

2.1. This Court has jurisdiction over this matter pursuant to Florida Statutes § 26.012.

2.2. Venue is proper in Brevard County, Florida, as the events giving rise to this action occurred within this jurisdiction and both parties reside or conduct business within this county.

3. FACTUAL ALLEGATIONS

3.1. Plaintiff has maintained a perfect payment history with CAPITAL ONE FINANCIAL CORP. and has never been in debt to the Defendant.

3.2. Plaintiff, being diligent about financial matters, sought documentation from Defendant regarding the details of his credit card accounts.

3.3. Despite multiple requests, Defendant failed to provide Plaintiff with the requested documentation, thereby violating Plaintiff's rights and causing undue hardship.


Case # 05-2024-CA-033653-XXCA-BC
Document Page # 2
*38236403*

3.4. Plaintiff issued a second notice of nonresponse opportunity to cure, emphasizing their rights and expectations, but Defendant with full acknowledgment with no rebuttal continued to evade compliance, resulting in a tacit agreement and the default issued on February 27, 2024.

3.5. *Defendant closed both of Plaintiff's credit card accounts without justification or prior notice,* which Plaintiff believes to be a retaliatory measure aimed at suppressing their inquiries. Leading to evidence of Plaintiff's credit score dropping around or above 60 pts.

3.6. Plaintiff reported these grievances to the Consumer Financial Protection Bureau (CFPB) and has evidence to support their claims, including correspondence, screenshots, and documentation of the default issued.

4. CAUSES OF ACTION

4.1. Breach of Contract: Defendant breached the contractual agreement by failing to provide Plaintiff with requested documentation, unjustly closing Plaintiff's credit card accounts with Plaintiff owing no debt and has 100% payment history.

4.2. Violation of Consumer Protection Laws: Defendant violated various consumer protection laws, including but not limited to, the Fair Credit Reporting Act (FCRA) and the Dodd-Frank Wall Street Reform and Consumer Protection Act (Dodd-Frank Act)

5. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

5.1. Compensatory Damages for the financial harm and emotional distress suffered by Plaintiff as a result of Defendant's actions.

5.2. Punitive Damages to deter Defendant and others from engaging in similar conduct in the future.

5.3. Injunctive Relief to require Defendant to reinstate Plaintiff's credit card accounts and rectify any erroneous information reported to credit bureaus.

5.4. Prays for judgement to take into consideration of Defendant tacitly agreeing for noncompliance, when knowingly having full acknowledgment, which could have been prevented.

5.5. Attorneys' Fees and Costs incurred in pursuing this action.

5.6. Any further relief deemed just and proper by this Court.

6. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Plaintiff reserves the right to amend this Complaint to assert additional claims or defenses that may be discovered or become applicable as this case proceeds.

DATED: June 18, 2024.

/s/ *Danny Garza*
DANNY GARZA
Plaintiff, Pro Se
13 Bryan Ave.
Titusville, FL 32796
(321) 408-3048
Garzadanny0101@gmail.com